UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA

Docket No. 3:05MJ315

FILED
CHARLOTTE, N. C.

OCT 14 2005

U. S. DISTRICT COURT
W. DIST. OF N. C.

UNITED STATES OF AMERICA

v.

DANIELA DIROSOLINI
Defendant

## ORDER TO ALLOW DEFENDANT'S FAMILY MEMBERS TO VISIT DEFENDANT IN MECKLENBURG COUNTY JAIL

It is hereby ordered that the defendant's family members, Connie DiRosolini and Kris Kaminski, be allowed to visit the defendant in the Mecklenburg County Jail on Friday, October 14, 2005 between 2:00 p.m. and 4:00 p.m.

Defendant's **MOTION TO ALLOW DEFENDANT'S FAMILY MEMBERS TO VISIT DEFENDANT IN MECKLENBURG COUNTY JAIL** is hereby granted.

It is so ORDERED.

This the 14th of October, 2005.

_____
Magistrate Judge Carl Horn, III